[redacted]

**PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY WASHINGTON, Petitioner,**

**Reliant Energy Services Inc., Intervenor,**

**v.**

**FEDERAL ENERGY REGULATORY COMMISSION, Respondent.**

**Public Utility District No. 1 of Snohomish County Washington, Petitioner,**

**Calpine Energy Services, L.P.; El Paso Merchant Energy L.P.; Morgan Stanley Capital Group, Inc.; Mirant Americas Energy Marketing, LP; BP Energy Co.; Allegheny Energy Supply Co., LLC; American Electric Power Service Corporation, Intervenors,**

**v.**

**Federal Energy Regulatory Commission, Respondent.**

**Nevada Power Company; Sierra Pacific Power Company, Petitioners,**

**v.**

**Federal Energy Regulatory Commission, Respondent.**

**Southern California Water Company, Petitioner,**

**Enron Power Marketing Inc., Intervenor,**

**v.**

**Federal Energy Regulatory Commission, Respondent.**

**Attorney General, State of Nevada, Petitioner,**

**BP Energy Company; Mirant Americas Energy Marketing, L.P., Intervenors,**

**v.**

**Federal Energy Regulatory Commission, Respondent.**

**Nos. 03–72511, 03–74208, 03–74617, 03–74757, 04–70712.**

United States Court of Appeals, Ninth Circuit.

Nov. 3, 2008.

[redacted]

Before: JAMES R. BROWNING, HARRY PREGERSON, and MARSHA S. BERZON, Circuit Judges.

**ORDER**

In light of the Supreme Court's ruling in *Morgan Stanley Capital Group Inc. v.*

*Public Utility District No. 1 of Snohomish County,* —— U.S. ——, 128 S.Ct. 2733, 171 L.Ed.2d 607 (2008), we VACATE our prior opinion and REMAND to the Federal Energy Regulatory Commission for further proceedings consistent with the Supreme Court's opinion. The mandate shall issue forthwith.

**VACATED and REMANDED.**